UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Doc's Medical Mart, Inc.,

    Debtor(s).

Case No. 09-51846

Chapter 7

### ORDER REOPENING BANKRUPTCY CASE

The above-entitled bankruptcy case having been closed inadvertently on July 23, 2009, and good cause appearing therefor;

IT IS HEREBY ORDERED that the bankruptcy case is reopened.

DATED: August 17, 2009

Arthur S. Weissbrodt
UNITED STATES BANKRUPTCY JUDGE