**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: Doc's Medical Mart, Inc.<br>  dba  Bischoff's Medical Mart<br>          Debtor(s) | Case No.: 09–51846 ASW 7<br>Chapter:  7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑  Carol Wu is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑  the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 9/3/10

By the Court:

Arthur S. Weissbrodt
United States Bankruptcy Judge